IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. _____

| | |
|---|---|
| VERONICA POLK, | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF REMOVAL** |
| MECKLENBURG COUNTY, | ) |
| Defendant. | ) |

NOW COMES the Defendant Mecklenburg County (the "County") pursuant to *28 U.S.C. §§ 1331, 1441 and 1446,* and hereby files this Notice of Removal to remove the captioned action from the Superior Court of Mecklenburg County, North Carolina to the United States District Court for the Western District of North Carolina, Charlotte Division on the basis of federal question jurisdiction. The removal of this civil action is proper for the following reasons:

1. This civil action was originally filed in the Superior Court of Mecklenburg County, North Carolina, Case No. 20-CVS-7656 (the "State Court Action"). Mecklenburg County is within the District of this Court.

2. The Plaintiff filed the Complaint on June 24, 2020. A copy of the Summons and Complaint was accepted as served on the Defendant County on August 6, 2020.

3. A copy of the pleadings filed in the State Court Action are attached hereto as pursuant to *28 U.S.C. § 1446(a)*: Application and Order Extending Time to File Complaint (Exhibit 1); the Summons and Complaint (Exhibit 2); and the Defendant's Motion to Extend Time and the Order Extending Time (Exhibit 3).

4. This Removal Petition is timely filed within thirty (30) days after the County was served with the Summons and Complaint. See *28 U.S.C. § 1446(b)*.

5. Pursuant to *28 U.S.C. § 1331*, this Court has jurisdiction over this action because multiple claims raised in the Complaint arise under the Constitution and laws of the United States. Specifically, the Plaintiff assert claims against the Defendant arising under *42 U.S.C. § 1983* for alleged violations of Plaintiff's rights under the United States Constitution. Therefore, this action is appropriate for removal under *28 U.S.C. § 1441*.

6. Plaintiff also alleges several state claims based on the same alleged facts on which Plaintiffs' federal claims are based and seeks punitive damages. The state claims are so related to Plaintiffs' § 1983 claims "that they form part of the same case or controversy under Article III of the United States Constitution." *28 U.S.C. § 1367(a)*. The Court has supplemental jurisdiction pursuant to *28 U.S.C. § 1367(a)*, of the state law causes of action brought by Plaintiff.

7. Pursuant to *28 U.S.C. § 1446(d)*, contemporaneously with the filing of this Notice of Removal, the Defendant is filing with the Clerk of Superior Court of Mecklenburg County the Notice of State Court Removal that is attached hereto as Exhibit 4.

8. Based on the foregoing facts and law, this case is properly removable to this Court pursuant to *28 U.S.C. § 1441* and has been properly removed pursuant to *28 U.S.C. § 1446*.

WHEREFORE, the Defendant Mecklenburg County, having shown that the State Court Action is properly removable under federal question jurisdiction, respectfully requests the Court to exercise its jurisdiction over the State Court Action.

Respectfully submitted, this 2nd day of September 2020.

                                        RUFF BOND COBB WADE & BETHUNE, LLP

                                        s/Ronald L. Gibson
                                        Ronald L. Gibson, NC Bar No. 8283
                                        831 E. Morehead Street, Suite 560
                                        Charlotte, NC 28202
                                        Tel: 704-377-1634
                                        Fax: 704-342-3308
                                        Email: rgibson@rbcwb.com

                                        s/Robert S. Adden, Jr.
                                        Robert S. Adden, Jr., NC Bar No. 10223
                                        831 E. Morehead Street, Suite 560
                                        Charlotte, NC 28202
                                        Tel: 704-377-1634
                                        Fax: 704-342-3308
                                        Email: *radden@rbcwb.com*

                                        *Attorneys for Defendant Mecklenburg County*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing

**NOTICE OF REMOVAL**

was electronically filed with the Clerk of the Court using the CM/ECF filing system and served via electronic transmission through the Court's facilities in accordance with Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure and applicable local rules upon the following CM/ECF participants:

Julie H. Fosbinder
Fosbinder Law Office
501 East Morehead Street, Suite 1
Charlotte, NC 28202

s/ Ronald L. Gibson
Ronald W. Gibson, NC Bar No 8283
Ruff, Bond, Cobb, Wade & Bethune, L.L.P.
831 East Morehead Street, Suite 560
Charlotte, NC 28202