IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-cv-00483-FDW-DCK

| | |
|---|---|
| VERONICA POLK, | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| v. | ) |
| MECKLENBURG COUNTY, | ) |
| Defendant. | ) |

Pursuant to the Case Management Order, counsel for the parties notify the Court that a settlement has been reached. Counsel for the Plaintiff expects to file a stipulation of dismissal with prejudice within fifteen (15) days.

This the 5th day of July 2021.

s/Julie H. Fosbinder
Julie H. Fosbinder, N.C. Bar 19400
84 Seneca Place
Charlotte, NC 28210
Email: Jhanfos2(a),gmail.com
Telephone: (704) 333-1428
Facsimile: (704) 333-1431
*Attorney for Plaintiff*

s/Ronald L. Gibson
Ronald L. Gibson, NC Bar No. 8283
831 E. Morehead Street, Suite 560
Charlotte, NC 28202
Tel: 704-377-1634
Email: rgibson@rbcwb.com
*Attorneys for Mecklenburg County*

1