IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-cv-00483-FDW-DCK

| | |
|---|---|
| VERONICA POLK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION OF DISMISSAL** |
| ) | |
| MECKLENBURG COUNTY, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, all parties, including the Plaintiff, Veronica Polk, and the Defendant, Mecklenburg County, by and through their undersigned counsel, stipulate that this action shall be and hereby is Dismissed with Prejudice.

Respectfully submitted this 10th day of July, 2021.

| | |
|---|---|
| s/Julie H. Fosbinder | s/Ronald L. Gibson |
| Julie H. Fosbinder, N.C. Bar 19400 | Ronald L. Gibson, NC Bar No. 8283 |
| 840 Seneca Place | 831 E. Morehead Street, Suite 560 |
| Charlotte, NC 28210 | Charlotte, NC 28202 |
| Email: Jhanfos2@gmail.com | Tel: 704-377-1634 |
| Telephone: (704) 560-8600 | Email: rgibson@rbcwb.com |
| Facsimile: (704) 333-1431 | *Attorney for Mecklenburg County* |
| *Attorney for Plaintiff* | |

1

# CERTIFICATE OF SERVICE

   I certify that I filed the foregoing stipulation of dismissal with the ECF filing system for the U.S. District Court for the Western District of North Carolina, which will serve counsel for defendant:

Ronald L. Gibson, NC Bar No. 8283
831 E. Morehead Street, Suite 560
Charlotte, NC 28202
Tel: 704-377-1634
Email: rgibson@rbcwb.com

s/Julie H. Fosbinder_____
Julie H. Fosbinder, N.C. Bar 19400

2

Case 3:20-cv-00483-FDW-DCK   Document 34   Filed 07/11/21   Page 2 of 2